```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 24878
   VICTORIA L HAIRALD
                                         CHAPTER 13

                                         JUDGE: BRUCE W BLACK
          Debtor
   SSN XXX-XX-1931
```

-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/23/05 and confirmed on 08/25/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  24068.00 .

    4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| ECAST SETTLEMENT CORPORA | UNSECURED | 706.00 | .00 | 108.10 |
| CAPITAL ONE BANK | UNSECURED | 570.40 | .00 | 87.34 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8000.40 | .00 | 1225.01 |
| LITERARY GUILD SELECT | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 8849.35 | .00 | 1355.00 |
| SALLIE MAE SERVICING COR | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS BANK CONSUMER LOA | SECURED VEHIC | 15000.00 | 1151.31 | 15000.00 |
| AMERICAN HONDA FINANCE C | SECURED | 1200.00 | 92.10 | 1200.00 |
| HARRIS BANK CONSUMER LOA | UNSECURED | 1476.79 | .00 | 226.12 |
| AMERICAN HONDA FINANCE C | UNSECURED | 2946.47 | .00 | 451.16 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 749.00 | .00 | 114.69 |

          Summary of disbursements:
-----------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 16200.00 | .00 | 23298.41 | .00 | 39498.41 |
| PRINCIPAL PAID | 16200.00 | .00 | 3567.42 | .00 | 19767.42 |
| INTEREST PAID | 1243.41 | .00 | .00 | .00 | 1243.41 |
| TOTAL PAID | 17443.41 | .00 | 3567.42 | .00 | 21010.83 |

The Debtor's attorney, LEGAL HELPERS PC              , was allowed $   2700.00
and was paid $    700.00  direct and $   2000.00  through the plan.

The Trustee received $   1037.17 .

Refunds to the Debtor totaled $      20.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 02/09/09                          /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE

                             PAGE   2
         CASE NO. 05 B 24878 VICTORIA L HAIRALD